# AFFIDAVIT OF SERVICE

<mark>Case 1:09-cv-04352-PKC  Document 3  Filed 05/18/09  Page 1 of 1</mark>

| | | |
|---|---|---|
| State of New York | County of New York | Civil Court |

Index Number: 09 CIV 4352
Date Filed: 5/5/2009

Plaintiff:
**Jeffrey Cohen, on behalf of himself individually, and on behalf of all similarly situated employees**

vs.

Defendant:
**Gerson Lehrman Group, INC**

For:
Douglas Wigdor
Thompson Wigdor & Gilly LLP
85 5th Avenue
5th Floor
New York, NY 10003

Received by Direct Process Server, LLC on the 2nd day of May, 2009 at 1:14 am to be served on **Gerson Lehrman Group, Inc.,, 850 Third Avenue, 9th Floor, New York, NY 10022.**

I, Robie Lawson, being duly sworn, depose and say that on the **6th day of May, 2009 at 2:16 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL and Electronic Case FilingRules & Instructions**, to: **Maura Boldrini as Admin-Assistant** for **Gerson Lehrman Group, Inc.,,** at the address of: **850 Third Avenue, 9th Floor, New York, NY 10022**, and informed said person of the contents therein, in compliance with state statutes.

The language required by NYC Statute whatever was contained in the items tendered.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 170, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Robie Lawson

Subscribed and Sworn to before me on the 6th day of May, 2009 by the affiant who is personally known to me.

NOTARY PUBLIC
Henrietta Kwateng
Notary Public, State of New York
No:01KW6176773
Qualified in Bronx County
Commission Expires November 05, 2011

**Direct Process Server, LLC**
373 Smithtown Byp
Suite 212
Hauppauge, NY 11788
(631) 343-6331
Our Job Serial Number: 2009000066

<mark>Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3k</mark>