UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JEFFREY COHEN

        Plaintiff(s),

- against -

GERSON LEHRMAN

        Defendant(s).

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-09

09 Civ. 4352 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1. ~~By _____, 2009, the plaintiff(s) the defendant(s)~~ the parties shall
All discovery is stayed pending resolution of the pending motions, except that the parties shall conduct and complete all fact

2. ~~By _____, 2009, the plaintiff(s) the defendant(s) the parties shall~~
discovery as to the named plaintiff Jeffrey Cohen by December 14, 2009.

3. ~~By _____, 2009, the plaintiff(s) the defendant(s) the parties shall~~
It is recommended that the parties immediately proceed to private mediation.

4.

5.

6.

7. ~~The Next Conference [the Final Pretrial Conference] will be held on _____, 20__ at ____.~~

                                            *[signature]*
                                            P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
        8-21-09