UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JEFFREY COHEN, on behalf of himself
individually, and on behalf of all similarly
situated employees,

                              Plaintiff,

v.

GERSON LEHRMAN GROUP, INC.,
                              Defendant.

-----------------------------------------------------------X

No. 09 Civ. 4352 (PKC)

**ORAL ARGUMENT REQUESTED**

### PLAINTIFF'S NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

PLEASE TAKE NOTICE that, upon the Declaration of Gregory N. Filosa, the exhibits annexed thereto, and the accompanying Memorandum of Law, and pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Jeffrey Cohen will move the Court, at a date and time to be assigned by the Court, for an order dismissing the counterclaims contained in the Amended Answer, Defenses and Counterclaims of Defendant Gerson Lehrman Group, Inc.

Dated: New York, New York
       October 16, 2009

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: _____
      Douglas H. Wigdor
      Gregory N. Filosa

85 Fifth Avenue
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

COUNSEL FOR PLAINTIFF AND THE CLASS