# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY COHEN, on behalf of himself and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>GERSON LEHRMAN GROUP, INC.,<br><br>Defendant. | Civil Action No.<br>09-CV-04352 (PKC) |

## RULE 68 OFFER OF JUDGMENT TO DAVID TEMPLE

**TO PLAINTIFF DAVID TEMPLE:**

1. Pursuant to Federal Rule of Civil Procedure 68 ("Rule 68"), Defendant Gerson Lehrman Group, Inc. ("Defendant") hereby offers to allow entry of judgment against it and in favor of Plaintiff David Temple ("Plaintiff"), in the sum of Ten Thousand and Five Hundred dollars and no cents ($10,500.00), plus reasonable attorney's fees and other costs incurred up to the date this offer of judgment is served that might be recoverable by Plaintiff against Defendant in this action.

2. In accordance with Rule 68, this offer of judgment shall remain open for fourteen (14) days after service and if not accepted within that period will be considered withdrawn.

3. To accept this offer of judgment, Plaintiff must serve written notice of acceptance thereof to the undersigned counsel within fourteen (14) days of being served.

4. This offer of judgment is not an admission of liability or wrongdoing by Defendant, but rather is made solely for the purpose of compromising a disputed claim.

5. This offer of judgment shall not be filed with the Court unless it is (a) accepted by Plaintiff in accordance with Paragraph 3 above or (b) filed in a proceeding to determine costs.

DB1/65218356.1

Rule 68(d) states:

> If the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs incurred after the offer was made.

Dated: July 16, 2010
      New York, New York

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS LLP

By: _____
   Andrew J. Schaffran (AS-1236)
   Leni D. Battaglia (LB-4704)
101 Park Avenue
New York, NY 10178-0060
(212) 309-6000
(212) 309-6001 (fax)

Michael J. Puma (MP-5573)
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
(215) 963-5001 (fax)