UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JEFFREY COHEN, on behalf of himself : 
individually, and on behalf of all similarly :
situated employees, : No. 09 Civ. 4352 (PKC)
 :
     Plaintiffs, :
 : **NOTICE OF MOTION**
  v. :
 :
GERSON LEHRMAN GROUP, INC., :
 :
     Defendant. :
------------------------------------------------------------- X

  **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Douglas H. Wigdor and exhibits attached thereto, together with all prior pleadings and proceedings had herein, Plaintiffs Jeffrey Cohen, David Temple, Matthew Ronen and Ashleigh Baldwin (collectively "Plaintiffs"), hereby respectfully move this Court before the Honorable P. Kevin Castel at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date set by the Court, for an Order granting Plaintiffs' attorneys' fees and costs, and for such further relief as the Court may deem just and proper.

Dated: August 16, 2010
    New York, New York    Respectfully submitted,

                 THOMPSON WIGDOR & GILLY LLP

                 _____
                  Douglas H. Wigdor
                  Gregory N. Filosa

                 85 Fifth Avenue
                 New York, New York 10003
                 Telephone:  (212) 257-6800
                 Facsimile: (212) 257-6845
                 dwigdor@twglaw.com
                 gfilosa@twglaw.com

                 *COUNSEL FOR PLAINTIFFS*