**CERTIFICATE OF SERVICE**

     I, Marshall S. Hendler, a paralegal at Thompson Wigdor & Gilly LLP, hereby certify that a true and correct copy of the foregoing Notice of Motion for Attorneys' Fees and Costs, Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees and Costs, and Declaration of Douglas H. Wigdor in Support of Motion for Attorneys' Fees and Costs were served via ECF this 16th day of August, 2010, upon the following counsel for Defendant:

     Andrew Schaffran, Esq.
     Morgan, Lewis & Bockius LLP
     101 Park Avenue
     New York, New York 10178
     dschaffran@morganlewis.com

Dated: August 16, 2010
       New York, New York

_____
Marshall S. Hendler