**T|W|G**

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

September 2, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2010

*[handwritten annotations: Motion for Attorneys' fees (DE 89) withdrawn without prejudice SO ORDERED USDJ 9-9-10]*

**VIA FACSIMILE**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Cohen v. Gerson Lehrman Group, Inc., No. 09 Civ. 4352 (PKC)

Dear Judge Castel:

As you know, we represent Plaintiff David Temple ("Plaintiff") in the above referenced matter. In light of the Court's Order dated August 24, 2010 (the "Order"), Plaintiff respectfully withdraws his motion for attorneys' fees, which was originally filed on August 16, 2010, without prejudice.  Pursuant to the Order, Plaintiff is simultaneously refiling his motion for attorneys' fees which has taken into account the views and guidance provided by the Court in its Order.

Respectfully submitted,

*[signature]*

Douglas H. Wigdor

cc:   Drew Schaffran, Esq. (via electronic mail)
      Michael Puma, Esq. (via electronic mail)