UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEFFREY COHEN, on behalf of himself : 
individually, and on behalf of all similarly :
situated employees, : No. 09 Civ. 4352 (PKC)
 :
                            Plaintiffs, :
 : **NOTICE OF MOTION FOR**
      v. : **SUMMARY JUDGMENT WITH**
 : <u>**RESPECT TO LIABILITY**</u>
GERSON LEHRMAN GROUP, INC., :
 :
                            Defendant. :
------------------------------------------------------------ X

**TO:**    Michael J. Puma, Esq.
          Morgan Lewis & Bockius LLP
          1701 Market Street
          Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Gregory N. Filosa and exhibits attached thereto, Plaintiffs' Local Civil Rule 56.1 Statement of Undisputed Materials Facts, together with all prior pleadings and proceedings had herein, Plaintiffs, hereby respectfully move this Court before the Honorable P. Kevin Castel at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date set by the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiffs' Motion for Summary Judgment with Respect to Liability, and for such further relief as the Court may deem just and proper.

Dated: February 18, 2011  
       New York, New York

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: _____/s/_____  
      Douglas H. Wigdor  
      Gregory N. Filosa

85 Fifth Avenue  
New York, New York 10003  
Tel. (212) 257-6800  
Fax (212) 257-6845  
dwigdor@twglaw.com  
gfilosa@twglaw.com

*Counsel for Plaintiffs*