UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN,

          Plaintiff,

-against-

GERSON LEHRMAN GROUP, INC.,

          Defendants.

09 Civ. 4352(PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    In connection with the summary judgment motions, the filing of documents under seal should be consistent with this Court's Addendum Order of July 29, 2009, Docket Entry 46 at p.12. The request must strictly adhere to the Lugosch standards and apply that standard on a document by document basis. If the information is not material to the summary judgment motions, it should not be submitted at all; if it is material, then it is a tough road to satisfy Lugosch. In a FLSA case, it is doubtful that information about wages, salary and bonuses would satisfy Lugosch.

    Provisionally, the parties should file their submissions on ECF redacting such portion of a document that they in good faith believe has information that satisfies Lugosch or Rule 5.2(a). Then, on April 29, 2011 they may file redacted and unredacted copies together with their motions for sealing, including affidavits and memoranda of law.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 21, 2011