```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JEFFREY COHEN, on behalf of himself            :
individually, and on behalf of all similarly   :
situated employees,                            :   No. 09 Civ. 4352 (PKC)
                                               :
                           Plaintiffs,         :
                                               :
              v.                               :
                                               :
GERSON LEHRMAN GROUP, INC.,                    :
                                               :
                           Defendant.          :
------------------------------------------------------------ X
```

## DECLARATION OF GREGORY N. FILOSA
## IN SUPPORT OF PLAINTIFF JEFFREY COHEN'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS

GREGORY N. FILOSA, an attorney admitted to practice before this Court, hereby deposes and states under penalty of perjury, that:

1. I am a member of the bar of this Court and am associated with the law firm of Thompson Wigdor & Gilly LLP. We are counsel for Plaintiff Jeffrey Cohen in the above-captioned action against Defendant Gerson Lehrman Group, Inc. ("Gerson Lehrman" or "the Company").

2. I submit this Declaration with the exhibits attached hereto in support of Plaintiff Jeffrey Cohen's Motion for Summary Judgment on Defendant's Counterclaims.

3. Attached hereto as Exhibit A is a true and correct copy of the Complaint in this action.

4. Attached hereto as Exhibit B is a true and correct copy of Defendant's Amended Answer, Defenses and Counterclaims.

5. Attached hereto as Exhibit C is a true and correct copy of the Court's Order, dated January 6, 2010.

6. Attached hereto as Exhibit D is a true and correct copy of Defendant's Second Amended Initial 26(a) Disclosures, dated August 3, 2010.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts of the deposition of Plaintiff Jeffrey Cohen, taken on August 28, 2009.

8. Attached hereto as Exhibit F is a true and correct copy of the GLG End User Computing Policies, Bates-stamped GLG00000333-353.

9. Attached hereto as Exhibit G is a true and correct copy of the Declaration of David Wolff, submitted in opposition to Plaintiff Jeffrey Cohen's Motion to Dismiss Defendant's Counterclaims, dated October 30, 2009.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts of the deposition of David Wolff, dated November 4, 2010.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2011
      New York, New York

Respectfully submitted,

THOMPSON WIGDOR & GILLY LLP

By: _____
    Gregory N. Filosa

85 Fifth Avenue
New York, New York 10003
Tel. (212) 257-6800
Fax (212) 257-6845
gfilosa@twglaw.com

*Attorneys for Plaintiffs*

2