# Exhibit U

| | |
|---|---|
| **From:** | Todd Johnson <TJohnson@glgroup.com> |
| **Sent:** | Friday, June 1, 2007 9:20 AM |
| **To:** | Jeff Cohen <JCohen2@glgroup.com> |
| **Subject:** | FW: Update on Magnificent May Performance Incentives |

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you.

**From:** Samuel Jacobs
**Sent:** Tuesday, May 22, 2007 5:07 PM
**To:** Research Management
**Subject:** Update on Magnificent May Performance Incentives

Research Management-

We're approaching the finish line of Magnificent May and I just wanted to update everyone on the progress of our financial award competition.

First, I'm excited to report that, based on my analysis of the data and conversations with managers throughout the organization, we have a set of roughly 30-40 Research Managers that are legitimately in contention to receive an award. More importantly, were I to announce the recipients today, every Practice Area AND every regional office would be represented in some fashion.



We're planning to announce the winners of Magnificent May at our launch party for Jammin' June on Friday, June 1st. And yes it will be called Jammin' June. I'll be dialing in remotely from an undisclosed location but I can assure you that I will be jammin' and that I will be delighted to announce the winners.

I'm incredibly excited about everyone's performance this month and your contribution to our overall goals for Research Management. Thank you again for your continued hard-work and commitment as we push towards our dual goals of increasing transaction volume and best-in-class customer service.

We are pursuing an incredible opportunity and a unique moment in the company's history. I'm thrilled to be a part of it with all of you.

Best,
Sam



**Sam F. Jacobs**
Director, Global Research Management

**Gerson Lehrman Group**
850 Third Avenue, 9th Floor · New York, NY 10022
Telephone: REDACTED  Fax: 212 984 8538
www.glgroup.com · www.glgcouncils.com

New York · Austin · Boston · Chicago · Los Angeles · San Francisco ·
Washington, DC · London · Hong Kong · Shanghai · Sydney