# Exhibit W

| | |
|---|---|
| **From:** | Samuel Jacobs <SJacobs@glgroup.com> |
| **Sent:** | Friday, September 12, 2008 9:47 AM |
| **To:** | Research <Research@glgroup.com> |
| **Cc:** | Nick Barnard <NBarnard@glgroup.com> |
| **Subject:** | The Final Assault Begins |
| **Attach:** | GLG The Final Assault.ppt |

Research-

Thank you for taking the time to meet with us this morning. We're excited to formally commence The Final Assault and work closely across every department, practice area and office to help GLG hit its revenue target. The major themes are collaboration, extra effort, fun and a heavy emphasis on phone-based outreach – to clients, Council Members and teammates.

Attached is the presentation. Feel free to refer to it when you need a moment of inspiration.

Here is the link to the IBM ad we played.

Here is the link to Europe's musical video performance of 'The Final Countdown'.

We're working at a unique place and this is an incredible opportunity. Let's have some fun.

Best,
Sam & Nick


Sam F. Jacobs | Managing Director | Research Management

Gerson Lehrman Group | sjacobs@glgroup.com | www.glgroup.com
850 Third Avenue, 9th Floor | New York, NY 10022
tel + REDACTED | fax +1 212 984 8538

find | engage | manage


New York | Austin | Boston | Chicago | Los Angeles | San Francisco | Washington, DC
London | Hong Kong | New Delhi | Shanghai | Singapore | Sydney | Tokyo