# Exhibit Y

REDACTED

From: Samuel Jacobs
Sent: Wednesday, November 19, 2008 6:55 PM
To: Research Management
Subject: Making it count
Importance: High

Research Management-

Here's the situation.  This is the home stretch of the year.  Now is the time when we need to put in extra effort and really make this year count.  We are trending south of our annual revenue target and the biggest opportunity lies in driving transaction volume to help ensure renewals and deliver upgrades.  More importantly, transaction volumes at MSP clients will lead directly to revenue.

At this point in the year, and based on the difficult economic environment, much of our ability to hit our revenue targets is dependent on improving our MSP transaction volume to help us achieve our growth objectives.  Small variations in our year-end revenue have very large impacts on our enterprise valuation and, correspondingly, firm profitability and, correspondingly, accrued firm compensation and, correspondingly, individual compensation.  So now is the time.

The point is this:

CONFIDENTIAL

RONEN 00112

If there was a time we were going to make an extra phone call to a client, that time is now.

**If there was a time we were going to push back our dinner plans and work late, that time is now.**

If there was a time we were going to more properly vet a series of Council Members before we forwarded them to a client, that time is now.

If there was a time we were going to look for an opportunity to propose a larger survey or Market Study to an MSP client, that time is now.

If there was a time that we were going to talk to your client about setting up some visits while they were traveling, that time is now.

The time to make our impact on 2008 is now and is in our hands.

James Yockey is putting together a list of specific MSP accounts we'll be targeting over the next few weeks and Account Managers will be working with Research Managers to set some specific goals. But the overarching theme is that this is the moment when extra effort and intensity are required and will be recognized.

Let me know if you have any questions.

-Sam

CONFIDENTIAL

RONEN 00113

Sam F. Jacobs | Managing Director | Research Management

Gerson Lehrman Group | sjacobs@glgroup.com | www.glgroup.com
850 Third Avenue, 9th Floor | New York, NY 10022
tel + REDACTED | fax +1 212 984 8538

find | engage | manage