# Exhibit Z

TO:

FROM:   **Human Resources**

RE:     **Job Reclassification**

DATE:   **December 19th, 2008**

---

**Personal and Confidential**

When Gerson Lehrman Group was first launched ten years ago, we were a small start-up company. Happily, GLG has grown significantly since then, and with growth comes an expectation of (and a need for) increased sophistication and state of the art practices and policies. One of the objectives of the Human Resources Department is to ensure that GLG's compensation practices and procedures are consistent, competitive, legally compliant, and up-to-date.

As you and your manager have discussed, we recently completed a review of the Company's compensation structure and have determined that employees in certain positions will be eligible for overtime compensation (meaning that those employees will be classified as "non-exempt" from the overtime provisions of the Fair Labor Standards Act). Effective January 1st, 2009, your current position will be reclassified as non-exempt and going forward, you will be entitled to overtime pay if you are required to work in excess of 40 hours per week.

Your current rate of pay will be converted to an hourly rate of **$xxx**. You will be paid 1.5 times that hourly rate for each hour you work above and beyond 40 hours in a workweek. Please refer to the employee handbook, for full information about overtime and other pay rules. Overtime must always be approved by your manager.

With this classification change, you will be required to submit a record of all time worked. We will be introducing an easy to use electronic system shortly.

If you have any questions about this reclassification, you are encouraged to speak with your Manager, or contact a member of the Human Resources Department.

**GLG004721**
**CONFIDENTIAL**