# Exhibit AA

CONFIDENTIAL

RONEN 00287

# Research& Council Management
# Fall 2008
# "The Final Assault"



PLAINTIFF'S Jacobs
EXHIBIT NO. 4
FOR IDENTIFICATION
DATE: 11/19/10   RPTR

Gerson Lehrman Group

1

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# We're approaching the final few months of the year

RONEN 00288

2    © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Let's take a look at how we've done so far

RONEN 00289

3      © 2007 Gerson Lehrman Group, All Rights Reserved    

CONFIDENTIAL

# Research Management

RONEN 00290

4    © 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

## 2008 Research Management Accomplishments



REDACTED

RONEN 00291

5   © 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

# What about Council Management?

RONEN 00292

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIALsegment>

# Councils Management

RONEN 00293segment>

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

## 2008 Councils Accomplishments


REDACTED

▸ We've called all of our Leaders each quarter

RONEN 00294

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# That's some serious sh*t

RONEN 00295

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# And there have been other notable accomplishments this year

RONEN 00296

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# "Feats of Excellence"
# if you will

RONEN 00297

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

RONEN 00298

# We hit all-time highs in On REDACTED thanks to the Regional Smackdown led by Boston, San Francisco and Chicago

12   © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

REDACTED **hit a firm high of** REDACTED

REDACTED

**in July**

RONEN 00299

13   © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# We're breaking through all-time highs in REDACTED

RONEN 00300

14    © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# We've gotten consent from

REDACTED

REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00301

CONFIDENTIAL

# We've established a same day reply benchmark on the Member Solutions team

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00302

CONFIDENTIAL

We've built a REDACTED

REDACTED for our

clients to engage

17    © 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00303

CONFIDENTIAL

# This would not be possible without everyone doing their part

RONEN 00304

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Thank you!

RONEN 00305

   © 2007 Gerson Lehrman Group, All Rights Reserved 

CONFIDENTIAL

# Of course, the year is not over

RONEN 00306

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Despite our best efforts, we'll need another commitment to REDACTED REDACTED

RONEN 00307

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# The Final Assault

## (cue music)

RONEN 00308

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Over the next three months, we'll be engaged in an intense effort to win 2008

RONEN 00309

23      © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# And we'll be especially focused on 3 key goals

RONEN 00310

24

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# For the first time, we'll be

REDACTED

# these objectives across

REDACTED

REDACTED

RONEN 00311

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Our effort will be targeted at helping drive GLG revenue

RONEN 00312

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Existing performance indicators remain important, but we're excited to see what can happen with

REDACTED

RONEN 00313

27      © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# What are the shared goals?

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00314

CONFIDENTIAL

# Metric #1

RONEN 00315

© 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00316

CONFIDENTIAL

# Why REDACTED ?

RONEN 00317

31    © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL



RONEN 00318

32   © 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

# Ok, makes sense

RONEN 00319

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# What's the other shared metric?

RONEN 00320

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Metric #2

RONEN 00321

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

REDACTED

REDACTED

RONEN 00322

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

RONEN 00323

# Why REDACTED ?

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL



RONEN 00324

© 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

# Ok, still makes sense

RONEN 00325

   © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Metric #3

RONEN 00326

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

RONEN 00327

REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Why  ?

RONEN 00328

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL


REDACTED

RONEN 00329

© 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

RONEN 00330

# So what are the goals?

44    © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL



Goal 1: REDACTED

REDACTED

RONEN 00331

© 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

## Goal 2: REDACTED

REDACTED

RONEN 00332

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Goal 3: REDACTED

REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00333

CONFIDENTIAL

# So three shared objectives across both

REDACTED

RONEN 00334

48          © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

**Objective #1:** REDACTED

**Objective #2:** REDACTED

**Objective #3:** REDACTED

RONEN 00335

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL



REDACTED Goals for the Firm

| | *Sep Target* | *Oct Target* | *Nov Target* |
|---|---|---|---|
| HC | | | |
| TMT | | REDACTED | |
| EI | | | |
| MSR | | | |
| CGS | | | |
| FBS | | | |
| LERA_AFA | | | |
| RE | | | |
| TOTAL | | | |

| | *Sep Target* | *Oct Target* | *Nov Target* |
|---|---|---|---|
| New York | | REDACTED | |
| Boston / DC | | | |
| SF / Chicago | | | |
| London | | | |
| Asia | | | |
| TOTAL | | | |

© 2007 Gerson Lehrman Group, All Rights Reserved



RONEN 00336

CONFIDENTIAL



REDACTED Goals for the Firm

| | *Sep Target* | *Oct Target* | *Nov Target* |
|---|---|---|---|
| HC | | REDACTED | |
| TMT | | | |
| EI | | | |
| MSR | | | |
| CGS | | | |
| FBS | | | |
| LERA_AFA | | | |
| RE | | | |
| TOTAL | | | |

| | *Sep Target* | *Oct Target* | *Nov Target* |
|---|---|---|---|
| New York | | REDACTED | |
| Boston / DC | | | |
| SF / Chicago | | | |
| London | | | |
| Asia | | | |
| TOTAL | | | |

51    © 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00337

CONFIDENTIAL

## Active REDACTED Goals for the Firm

| | *Sep Target* | *Oct Target* | *Nov Target* |
|---|---|---|---|
| HC | | | |
| TMT | | REDACTED | |
| EI | | | |
| MSR | | | |
| CGS | | | |
| FBS | | | |
| LERA_AFA | | | |
| RE | | | |
| TOTAL | | | |

| | *Sep Target* | *Oct Target* | *Nov Target* |
|---|---|---|---|
| Americas | | REDACTED | |
| Europe / Africa | | | |
| Asia / Aus | | | |
| TOTAL | | | |

* REDACTED
* REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00338

CONFIDENTIAL

# These goals will be distributed by REDACTED and by REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00339

CONFIDENTIAL

# We want people to be focused on working as a team

RONEN 00340

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

Across REDACTED

RONEN 00341

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

Across **REDACTED**

RONEN 00342

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

Across

REDACTED

RONEN 00343

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

RONEN 00344

# We're all on the same team

© 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

# The GLG team

RONEN 00345

 © 2007 Gerson Lehrman Group, All Rights Reserved 

CONFIDENTIAL

# It's not going to be easy

RONEN 00346

60   © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# So what's our plan?

RONEN 00347

61   © 2007 Gerson Lehrman Group, All Rights Reserved 

CONFIDENTIAL



REDACTED

RONEN 00348

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

RONEN 00349

# Extra effort over the next three months

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# We'll give it 110% and take a breath over the holidays

RONEN 00350

64

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

RONEN 00351

# We'll attack the phones – with good ammunition

   © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL



RONEN 00352

66          © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

We'll REDACTED

into REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved

RONEN 00353

CONFIDENTIAL

REDACTED

RONEN 00354

© 2007 Gerson Lehman Group, All Rights Reserved

CONFIDENTIAL

# Your ideas and tactics are the key to driving revenue

RONEN 00355

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# So let's make sure we share them across the organization

RONEN 00356

70    © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Oh, one more thing

RONEN 00357

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# Let's have some fun

RONEN 00358

© 2007 Gerson Lehrman Group, All Rights Reserved 

CONFIDENTIAL

# This is a unique opportunity

RONEN 00359

 © 2007 Gerson Lehrman Group, All Rights Reserved 

CONFIDENTIAL

# We are a group of incredibly talented, hard working, smart individuals

RONEN 00360

 © 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# We work at one of the fastest growing companies in the world

RONEN 00361

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

# We are fundamentally changing the way people share professional insights

RONEN 00362

76

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL

RONEN 00363



| Company | Valuation | Derived from... | Profiles | Value | Year |
|---|---|---|---|---|---|
| REDACTED | | | | | |
| Facebook | $15B | Investment | 50,000,000 | $300 | 2007 |
| Dice | $500M | Enterprise Value | 2,200,000 | $227 | 2008 |

**GLG Research Management Platform℠**

Gerson Lehrman Group - News

Home   Contacts   Populations   Consultations   Events   Surveys & Reports   GLG News℠   Files   Tags

REDACTED

© 2007 Gerson Lehrman Group, All Rights Reserved



CONFIDENTIAL

# We build relationships with some of the world's most interesting professionals

RONEN 00364

© 2007 Gerson Lehrman Group, All Rights Reserved

CONFIDENTIAL



# FORTU[NE]

## KING OF COOL

How J.Crew CEO Mickey Drexler
reinvented a retailing icon.

BY JOHN BRODIE
(PAGE 70)

PLUS
SECRETS OF

### Want Our Stock Researchers? Pay Up!

By AARON LUCCHETTI
September 10, 2008

Credit Suisse will start charging some new clients to speak to their stock
analysts, in the latest effort by a Wall Street firm to squeeze more value out of
its stock-research division.

The new wrinkle is part of an agreement the firm, a unit of Credit Suisse Group
AG, signed with independent research company Gerson Lehrman Group in
which the two firms will share information and some clients.

## FT.com

FINANCIAL TIMES

COMPANIES
**Financial services**

FT Home > Companies > By sector > Financial services

Home
World
Companies
- By sector
  - Aerospace & defence
  - Autos
  - Basic industries
  - Consumer industries
  - Drug[... healthcare]

### Credit Suisse in alliance with consultancy firm

By Greg Farrell
Published: September 10 2008 05:06 | Last updated: September 10 2008 05:08

**Credit Suisse** is scheduled to announce a strategic alliance Wednesday with
privately held Gerson Lehrman Group, a consulting firm that boasts a network of
200,000 experts from various industries.

© 2007 Gerson Lehrman Group, All Rights Reserved



RONEN 00365

CONFIDENTIAL

# Let's make some noise!

RONEN 00366

© 2007 Gerson Lehrman Group, All Rights Reserved 

CONFIDENTIAL

# TO RECAP

- We have a unique opportunity to accelerate our growth
- We're excited to see the impact of shared objectives
- Your ideas are critical
- We need extra effort over the next three months
- Let's have fun

Let the assault begin!

RONEN 00367

81

© 2007 Gerson Lehrman Group, All Rights Reserved

