```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEFFREY COHEN, on behalf of himself
individually and on behalf of all similarly
situated employees,

                              Plaintiff,

                                                          09 Civ. 4352 (PKC)

          -against-

                                                          ORDER

GERSON LEHRMAN GROUP, INC.,

                              Defendant.

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

          The stay is vacated as to discovery related to plaintiff's New York Labor Law

claims.  Any Rule 33 or 34 request shall be responded to within 14 days.  Plaintiff's motion for

class certification pursuant to Rule 23 shall be filed no later than November 1, 2011; opposition

by November 15; and reply by November 22.

          The Final Pretrial Conference scheduled for October 28, 2011 is adjourned to

November 28, 2011 at 2 p.m.  All final pretrial submissions, consisting of a joint pretrial order,

voir dire requests, requests to charge, verdict form and fully briefed in limine motions, are due

by November 22, 2011.

          SO ORDERED.

                                        _____
                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
          September 27, 2011