**MEMO ENDORSED**



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-29-11
```

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

September 28, 2011

*Final Pretrial Conference adjourned from November 28 to December 6, 2011 at 11:00 a.m.*

*SO ORDERED*
*[signature], USDJ*
*9-29-11*

**VIA FACSIMILE**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Cohen v. Gerson Lehrman Group, Inc., No. 09 Civ. 4352 (PKC)

Dear Judge Castel:

We represent Plaintiffs in the above-referenced matter and write to respectfully request changing the date of the Final Pretrial Conference, currently scheduled for November 28, 2011, to anytime during the week of December 5, 2011. We have conferred with Defendants and they do not object to this change.

We appreciate Your Honor's consideration of this request and attention to this matter.

Respectfully submitted,

Douglas H. Wigdor

cc:   Drew Schaftran, Esq. (via electronic mail)
      Michael Puma, Esq. (via electronic mail)