**From:** Robert Matule [RMatule@glgroup.com]
**Sent:** Thursday, November 29, 2007 6:45 PM
**To:** Long Only Working Group
**Subject:** LOWG 11/28/07 Minutes

Hi everyone – thanks very much for your participation in yesterday's LOWG meeting, I think we cooked up some pretty exciting ideas about how to more effectively market GLG to LO accounts. Below please find minutes from our meeting and action/agenda items for our next get-together, please let me know if I've missed anything - I suggest we next meet at 3pm on Fri. 12/14.
Thanks,
Rob

*Optimizing Process for Maintaining and Distributing LO Account Coverage and Vote Information*

- LOWG will maintain a master list of all GLG LO clients. This list will include the following fields:

| Firm Name | Location | GLG Subscriptions and Service Levels | Payment Mechanism |
|---|---|---|---|

- LOWG participants will be responsible for "captaining" LO coverage within their respective PAs – this means making sure that all coverage lists and related administrative materials are current and easily accessible to individual RMs covering LO accounts.

- Action Items for Next Meeting: **Rob Matule** to connect with **Mark Erikson** to get LO account list and clarify preferred approach to analyst vs. PM coverage for RMs vs. Account Managers.

*Brainstorming on Possibilities for Developing LO Account Push Products*

- Periodic emails to LO clients highlighting select MP CMs.

- Get permission from sponsors of surveys and other written GLG products at LO accounts to share these products with their colleagues as representative samples of GLG's capabilities.

- Sell LO users on recurring surveys, phone consultations and other products as part of a Research Program that we can initiate and deliver independently on a regular basis (i.e. without the client coming back each time to request a new version/iteration of the project).

- Action Items for Next Meeting: **Jeff Cohen** to distribute samples of CM highlight emails for review and discussion at next LOWG meeting; **Chris Rutherford** and **Dave Moon** to provide brief case study of LO account where they've successfully employed recurring research programs.

*Action Plan for Leveraging Event Calendar to Drive CM Visits*

- LO accounts to be immediately offered and receive high priority preference for private visits with CMs who are participating in programmed events as soon as invites to those programmed events are distributed via Vega.

- Action Items for Next Meeting: **Karen Browne** to organize best practices for systematically reaching out to LO clients to pitch private visits.

*Proposed Agenda for Next Meeting*

- Develop LOWG FAQ / Best Practices Guide (**Rob Matule** to distribute proposed outline for discussion)

- Review LOWG Master List, CM Highlight Emails, Research Program Case Study, Private Visit Pitching Best Practices

---



**Robert C. Matule, Jr.**
Sr. Research Manager
Technology, Media and Telecommunications Research
**Gerson Lehrman Group**
2 Oliver Street, 11th Floor · Boston, MA 02109
Telephone: 617-603-2345 · Fax: 617-603-2305
www.glgroup.com · www.glgcouncils.com

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential,

New York · Austin · Boston · Chicago · Los Angeles · San Francisco · Washington, DC · London · Hong Kong · Shanghai · Sydney

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you.

privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, use or distribution is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you.

**CONFIDENTIAL**                                                                                                   GLG00001966