DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-14-11


RECEIVED
NOV 4 2011
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY COHEN, on behalf of himself and on
behalf of all similarly situated employees,

                Plaintiff,

    v.

GERSON LEHRMAN GROUP, INC.,

                Defendant.

Civil Action No. 09-CV-04352 (PKC)

[PROPOSED] ORDER GRANTING
PRELIMINARY APPROVAL OF
SETTLEMENT

On _____, 2011, the Court heard a ON motion by Defendant Gerson Lehrman

Group, Inc. ("Defendant") and named and opt-in Plaintiffs Jeffrey Cohen, Matthew Ronen and

Ashleigh Baldwin ("Plaintiffs"), which Plaintiffs submitted the motion individually and on

behalf of the putative class. The Court has considered the Joint Stipulation of Class Settlement

and Release ("Stipulation") and the proposed Notice of (1) Proposed Class Settlement and (2)

Final Settlement Approval Hearing ("Class Notice") and attached exhibits and hereby finds and

orders as follows:

The Court finds on a preliminary basis that the settlement memorialized in the

Stipulation, filed with the Court, falls within the range of reasonableness and, therefore, meets

the requirements for preliminary approval.

The Court conditionally certifies, for settlement purposes only, the settlement class

described in the Stipulation, which include all individuals who were employed by Defendant in

the Research Associate position and worked for at least one day in New York (other than merely

attending training). The Court finds, for settlement purposes only, the requirements of Federal

Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the

exception of the manageability requirement of Rule 23(b)(3) that the Court need not address for

purposes of settlement.

~~This Order, which conditionally certifies a class action for settlement purposes only,~~ shall not be cited (nor shall the motion and supporting papers that resulted ~~in this Order be cited~~) in this or any matter for the purpose of seeking ~~class or~~ collective certification, opposing desertification, ~~or for any other purpose,~~ other than enforcing the terms of the Stipulation.

The Court appoints, ~~for settlement purposes only,~~ Jeffrey Cohen as the Class Representative.

The Court appoints, ~~for settlement purposes only,~~ Thompson Wigdor, LLP as Plaintiffs'/Class Counsel ~~for the purposes of Settlement and the releases and other obligations therein.   The Court preliminarily approves Class Counsel's request for attorneys' fees and costs as set forth in the Stipulation.~~

Simpluris is appointed as Settlement Administrator.

The Class Notice, attached to the Stipulation as Exhibit B, and the Claim Form, Election Not to Participate in Settlement, and Settlement Administrator letter regarding inconsistent documentation, attached to the Class Notice as Forms A through C, respectively, are approved. The Settlement Administrator is ordered to mail those documents to the Class members as provided in the Stipulation.

Each Class Member who does not timely submit an Election Not to Participate in Settlement will have sixty (60) days after the date on which the Settlement Administrator mails the Class Notice to object to the Settlement by serving on the Settlement Administrator, Class Counsel, and Counsel for Defendant, and filing with the Court, so that it is received by the sixty (60) day deadline, a written objection to the Settlement.

The Court will conduct a Final Approval Hearing on _March 2_, 2011 at _2 PM in Courtroom 12c_ a.m./p.m. to determine the overall fairness of the settlement, attorneys' fees and costs to Class Counsel and enhancements to the Plaintiffs.  The Final Approval Hearing may be continued without further notice to Class Members.  The parties shall file a motion for approval of the settlement, including approval of attorneys' fees, costs, and the enhancements for the Plaintiffs sought in the Stipulation, on or before _Feby 10_ , 2012

IT IS SO ORDERED.

Dated: November/ _14_ , 2011

_____

The Honorable P. Kevin Castel
United States District Court Judge