UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY COHEN, on behalf of himself and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>GERSON LEHRMAN GROUP, INC.,<br>Defendant. | CIVIL ACTION NO.: 09-4352 (PKC)<br><br>NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

PLEASE TAKE NOTICE THAT Jeffrey Cohen, Matthew Ronen and Ashleigh Baldwin ("Plaintiffs") and Defendant Gerson Lehrman Group, Inc. ("Defendant") (collectively, the "Parties") will move this Court, before the Honorable P. Kevin Castel, in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on March 15, 2012, for an Order in the form attached hereto granting final approval of the proposed Class Action Settlement.

This Motion is based upon this Notice, the supporting Memorandum of Law, the Declarations of Douglas Wigdor, Esq. and Eric Springer, anticipated oral argument of counsel at the March 15 hearing, the Parties' proposed Order attached hereto, and such additional matters as the Court may consider.

Dated: February 10, 2012
New York, New York

Respectfully submitted,

BY:   /s/ Douglas H. Wigdor
Douglas H. Wigdor
THOMPSON WIGDOR LLP
85 Fifth Avenue
New York, New York 10003
Tel: (212) 239-9292
Fax: (212) 239-9001

*Attorney for Plaintiffs*

- 2 -

BY: <u>/s/ Michael J. Puma</u>
Andrew J. Schaffran (AS-1236)
Michael J. Puma (MP-5573)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6380
(212) 963-6001 (fax)

*Attorneys for Defendant*